IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00848-DDD-STV

OSMILVER LAINEZ-ORTIZ,

Petitioner,

v.

GEORGE VALDEZ, Acting Field Office Director of Enforcement and Removal
Operations, Denver Field Office, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,
U.S. DEPARTMENT OF HOMELAND SECURITY,
TODD BLANCHE, Acting U.S. Attorney General,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
JUAN BALTAZAR, Warden of Aurora ICE Processing Center, and
PETER MCNEILLY, U.S. Attorney-District of Colorado,

Respondents.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed

June 29, 2026, and the Order, entered July 17, 2026 by the Honorable Daniel D.

Domenico, Chief United States District Judge, and incorporated herein by reference as

if fully set forth, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT

PREJUDICE.

1

DATED at Denver, Colorado this <u>17th</u> day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk